UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TRUSTEES OF THE LOCAL 7 TILE
INDUSTRY WELFARE FUND, et al.,

              Plaintiffs,

              15 CV 6124 (SJ) (RML)

   -against-

**ORDER ADOPTING REPORT AND RECOMMENDATION**

SESSO TILE & STONE CONTRACTORS,
INC. et al.,

              Defendants.
--------------------------------------------------------X
A P P E A R A N C E S

VIRGINIA AND AMBINDER LLP
40 Broad Street
7th Floor
New York, NY 10004
By:    Jonathan Roffe
        Todd Dickerson
        Nicole Marimon
*Attorneys for Plaintiffs*

MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042
By:    Robert F. Milman
        Emanuel Kataev
*Attorneys for Defendants*


JOHNSON, Senior District Judge:

      Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Robert Levy. Judge Levy issued the Report on

1

August 18, 2016, and provided the parties until September 1, 2016 to file any objections. Neither party filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Levy's recommendations were due on September 1, 2016. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Levy's Report in its entirety. The parties are directed to proceed with discovery before Judge Levy.

SO ORDERED.

Dated: September 2, 2016  _____/s/_____
       Brooklyn, NY        Sterling Johnson, Jr., U.S.D.J.